# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   SHINON SHEREE MCKAY                                     Case No.: 08-15404

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/16/2008.

2) This case was confirmed on 08/18/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/08/2011.

6) Number of months from filing to the last payment:  41

7) Number of months case was pending:  44

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    6,150.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 48,760.16 |
| Less amount refunded to debtor | $ | 808.16 |
| **NET RECEIPTS** | $ | 47,952.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,750.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 2,959.31 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 5,709.31 |
| Attorney fees paid and disclosed by debtor | $ | 750.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | SECURED | 12,750.00 | 24,614.59 | 24,614.59 | 24,614.59 | 2,059.08 |
| BANK OF AMERICA | UNSECURED | 13,592.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | SECURED | 100.00 | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 600.00 | 843.92 | 843.92 | 161.43 | .00 |
| ROGERS & HOLLANDS JE | SECURED | 1,500.00 | 3,954.32 | 3,300.00 | 3,300.00 | 301.58 |
| ROGERS & HOLLANDS JE | UNSECURED | 1,800.00 | .00 | 654.32 | 125.16 | .00 |
| ROGERS & HOLLANDS | OTHER | .00 | NA | NA | .00 | .00 |
| ROGERS & HOLLANDS | OTHER | .00 | NA | NA | .00 | .00 |
| ZALES | SECURED | 800.00 | .00 | .00 | .00 | .00 |
| ZALES | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1,200.00 | 723.48 | 723.48 | 138.39 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,500.00 | 2,894.75 | 2,894.75 | 553.71 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,300.00 | 2,198.27 | 2,198.27 | 420.49 | .00 |
| CAPITAL ONE | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 800.00 | 787.92 | 787.92 | 150.71 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,900.00 | 2,866.44 | 2,866.44 | 548.29 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 400.00 | 578.94 | 578.94 | 110.74 | .00 |
| EAST BAY FUNDING | UNSECURED | 5,300.00 | 5,639.72 | 5,639.72 | 1,078.77 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,500.00 | 1,380.53 | 1,380.53 | 264.07 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 23,400.00 | 4,813.00 | 4,813.00 | 920.63 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,100.00 | 1,378.34 | 1,378.34 | 263.65 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================.
| Scheduled Creditors:                                            |
|                                                                 |
| Creditor                Claim       Claim      Claim    Principal      Int. |
|   Name        Class   Scheduled   Asserted    Allowed     Paid         Paid |
|                                                                 |
|RACINE COURTS       OTHER          .00         NA         NA          .00         .00 |
|SALLIE MAE GUARANTEE  UNSECURED    NA       6,399.74    6,399.74    1,224.14      .00 |
|ISAC                UNSECURED      NA      18,250.96   18,250.96    3,491.04      .00 |
|ECAST SETTLEMENT COR  UNSECURED    NA         946.90      946.90      181.22      .00 |
|INTERNAL REVENUE SER  UNSECURED    NA            .00         .00         .00      .00 |
|INTERNAL REVENUE SER  PRIORITY     NA       2,335.00    2,335.00    2,335.00      .00 |
|INTERNAL REVENUE SER  UNSECURED    NA            .00         .00         .00      .00 |
.================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================
 Summary of Disbursements to Creditors:

                                      Claim         Principal        Int.
                                      Allowed        Paid            Paid
 Secured Payments:
     Mortgage Ongoing                      .00            .00          .00
     Mortgage Arrearage                    .00            .00          .00
     Debt Secured by Vehicle         24,614.59      24,614.59      2,059.08
     All Other Secured                3,300.00       3,300.00        301.58
 TOTAL SECURED:                      27,914.59      27,914.59      2,360.66

 Priority Unsecured Payments:
     Domestic Support Arrearage            .00            .00          .00
     Domestic Support Ongoing              .00            .00          .00
     All Other Priority              2,335.00       2,335.00          .00
 TOTAL PRIORITY:                      2,335.00       2,335.00          .00

 GENERAL UNSECURED PAYMENTS:         50,357.23       9,632.44          .00
==================================================================

==================================================================
 Disbursements:

     Expenses of Administration         $    5,709.31
     Disbursements to Creditors         $   42,242.69

 TOTAL DISBURSEMENTS:                    $   47,952.00
==================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    02/15/2012                          /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**